UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LABORERS' HEALTH AND WELFARE FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HISHAM KAHLIL GHANMA, *et al.*,<br><br>Defendants.<br>_____ / | No. C 12-6095 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

On September 13, 2013, Magistrate Judge Corley issued a report and recommendation (the "Report") in this case. The Report recommends granting default judgment in favor of plaintiffs, ordering defendants to submit to an audit, and granting $8,072.02 in attorneys' fees and costs. Although defendants were served with the complaint and summons, defendants failed to answer or otherwise respond. After the Clerk of the Court entered default, plaintiffs moved for default judgment. Defendants were served with the motion for default judgment and did not file any response to the motion.

The Report issued on September 13, 2013. Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days from service of the Report to file written objections. *See also* Fed. R. Civ. P. 72(b). The case was reassigned to the undersigned judge on September 13, 2013. As of September 30, 2013, no party has filed objections to the Report.

The Court has reviewed the Report and the docket in this case. The Court agrees with Judge Corley's analysis and hereby ADOPTS the Report and Recommendation and GRANTS plaintiffs'

motion for default judgment.

This order resolves Docket Nos. 12 and 24.

**IT IS SO ORDERED.**

DATED: September 30, 2013

SUSAN ILLSTON
United States District Judge