IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the LABORERS' HEALTH AND WELFARE FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HISHAM KAHLIL GHANMA, et al.,<br><br>Defendants. | Case No.: C-12-06095<br><br>**P~~ROPOS~~ED JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of Plaintiffs and against Defendants as follows:

1. Defendants are ordered to submit to an audit by auditors selected by the Trust Funds at Defendants' premises during business hours, or where records are kept, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, reports that are relevant to the enforcement of the master labor agreement or Trust Agreements;

2. Defendants are ordered to pay all amounts found due and owing as a result of said audit of their books and records pursuant to the MLA;

3. This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of all amounts found due and owing upon a proper showing by Plaintiffs;

4. Defendants shall pay Plaintiffs $8,072.02, which are Plaintiffs' attorney's fees and costs in bringing this action.

Dated: Sept. 30 ____, 2013

_____
UNITED STATES DISTRICT JUDGE